MELISSA HOLYOAK, United States Attorney (#9832)
PETE REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.    2:26mj515 CMR |
| Plaintiff, | COMPLAINT |
| vs. | Count 1: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (> 400 grams) |
| LUIS ALBERTO QUINONES SANCHEZ, | |
| Defendant. | Count 2: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute (> 1 kilogram) |
| | Count 3: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (> 500 grams) |
| | Judge Cecilia M. Romero |

Before Judge Cecilia M. Romero, United States Magistrate Judge for the District of Utah,

appears the undersigned, who on oath deposes and says:

### COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about June 16, 2026, in the District of Utah,

1

LUIS ALBERTO QUINONES SANCHEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute four hundred

(400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1-

( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance,

within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable

pursuant to 21 U.S.C. § 841(b)(1)(A).

### COUNT 2
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about June 16, 2026, in the District of Utah,

LUIS ALBERTO QUINONES SANCHEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute one kilogram

or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I

controlled substance, within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. §

841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

### COUNT 3
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about June 16, 2026, in the District of Utah,

LUIS ALBERTO QUINONES SANCHEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute five hundred

(500) grams or more of a mixture or substance containing a detectable amount of

Methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812,

all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## ELEMENTS

The elements of Count 1, Possession of Fentanyl with Intent to Distribute, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812;

2. He did so knowingly and intentionally;

3. At the time the defendant possessed the mixture or substance containing Fentanyl, he intended to distribute it; and

4. The amount of Fentanyl he intended to distribute was 400 grams or more.

The elements of Count 2, Possession of Heroin with Intent to Distribute, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812;

2. He did so knowingly and intentionally;

3. At the time the defendant possessed the mixture or substance containing Heroin, he intended to distribute it; and

4. The amount of Heroin he intended to distribute was one kilogram or more.

The elements of Count 3, Possession of Methamphetamine with Intent to Distribute, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812;

2. He did so knowingly and intentionally;

3.   At the time the defendant possessed the mixture or substance containing Methamphetamine, he intended to distribute it; and

4.   The amount of Methamphetamine he intended to distribute was 500 grams or more

## STATEMENT OF PROBABLE CAUSE

Complainant, Brett Taylor, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1.   I am a Special Agent with the Federal Bureau of Investigations (FBI) and have been since February 2022. I am currently assigned to the FBI Wasatch Metro Drug Task Force (WMDTF), specializing in narcotics investigations.

2.   Since approximately March of 2026, agents with WMDTF have been investigating a source of supply who agents learned was arranging large shipments of narcotics into the District of Utah.

3.   On June 16, 2026, law enforcement executed a search warrant at an apartment in Magna, Utah.  During the execution of the search warrant, Luis Alberto Quinones SANCHEZ was identified and located in a bedroom. In the bedroom where SANCHEZ was found, detectives found a black container that contained distributable quantities of fentanyl, heroin, and methamphetamine.  Agents also found a cell phone in the bedroom that was being used to communicate with the source of supply in Mexico.

4.   In total, detectives found approximately 10,548 grams of fentanyl pills (field-tested positive), 2.75 kilograms of heroin (field-tested positive), and 866 grams of methamphetamine (field-tested positive).

5.   Based on training and experience, I know that the quantity of fentanyl, heroin, and methamphetamine seized from SANCHEZ are consistent with distribution as opposed to

4

personal use.

6.      Based on the foregoing information, I respectfully request an arrest warrant be issued for SANCHEZ for violations of 21 U.S.C. § 841(a)(1), Possession of Fentanyl, Heroin, and Methamphetamine, each with Intent to Distribute.

/s/ *Brett Taylor*

_____

Brett Taylor
Special Agent
Federal Bureau of Investigations

SUBSCRIBED AND SWORN TO BEFORE ME this 18th day of June 2026.

_____

Judge Cecilia M. Romero
United States Magistrate Judge

APPROVED AS TO FORM:

MELISSA HOLYOAK
United States Attorney

/s/ *Peter Reichman*

_____

Peter Reichman
Special Assistant United States Attorney

5